UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ODETTE MURRAY,

       Plaintiff,

v.                                            Case No.:  2:20-cv-209-FtM-38MRM

AETNA LIFE INSURANCE
COMPANY,

       Defendant.
_____/

## **OPINION AND ORDER**[1]

Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation.  (Doc. 49).  Judge McCoy recommends denying Plaintiff Odette Murray's Motion for Leave to File Second Amended Complaint.  (Doc. 43).  Neither party objects to the Report and Recommendation, and the time to do so has expired.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  The district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*  And "[t]he judge may also receive further evidence or recommit the matter to the magistrate judge with instructions."  *Id.*

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

After examining the file independently and upon considering Judge McCoy's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1) United States Magistrate Judge Mac R. McCoy's Report and Recommendation (Doc. 49) is **ACCEPTED and ADOPTED** and the findings are incorporated herein.

(2) Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. 43) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of September 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record